UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  )  3:09-md-02100-DRH  )  )  MDL No. 2100  ) |

**This Document Relates To:**

*Lisa McCAll, et al. v. Bayer Corporation, et al*   No. 13-cv-10492-DRH

*Carrie Miller, et al. v. Bayer Corporation, et al*   No. 13-cv-10475-DRH

*Allicia Myers et al  v. Bayer Corporation, et al.*   No. 13-cv-10474-DRH

*Jade Ruiz, et al v. Bayer Corporation, et al*   No. 13-cv-10479-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders filed on June 24, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
Deputy Clerk

**Dated:**  June 25, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.25
09:17:14 -05'00'

**APPROVED:**
  CHIEF JUDGE
  U. S. DISTRICT COURT